IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:10-cv-208

HEADWAY CORPORATE STAFFING )
SERVICES EAST, L.L.C. )
 )
Plaintiff(s), )
 )
vs )
 )
HAAN CORPORATION )
 )
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

<u>HAAN Corporation</u> who is <u>Defendant</u>,
(name of party)  (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ○    NO ●

2. Does party have any parent corporations?

   YES ○    NO ●

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ○    NO ●

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES ◯      NO ⦿

If yes, identify entity and nature of interest:

5. Is party a trade association?

    YES ◯      NO ⦿

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

This case does not arise out of a bankruptcy proceeding.

Signature: /s/ Leslie Lane Mize

Date: May 20, 2010

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was sent via electronic mail and via first class U.S. mail, postage prepaid, to the following on the 20th day of May, 2010:

    Catharine B. Arrowood
    cbarrowood@parkerpoe.com
    Scott E. Bayzle
    scottbayzle@parkerpoe.com
    Parker Poe Adams & Bernstein LLP
    150 Fayetteville Street, Suite 1400
    P.O. Box 389
    Raleigh, NC 27602
    *Counsel for Plaintiff*

    NELSON MULLINS RILEY & SCARBOROUGH LLP

    /s/ Leslie Lane Mize
    Christopher J. Blake
    N.C. State Bar No. 16433
    Leslie Lane Mize
    N.C. State Bar No. 32790
    4140 Parklake Avenue, Suite 200
    Raleigh, North Carolina 27612
    Phone: (919) 877-3800
    Fax: (919) 877-3799

    Jeremy J. Gray
    Zuber & Taillieu LLP
    10866 Wilshire Boulevard, Suite 300
    Los Angeles, California 90024
    Phone: (310) 807-9700
    Fax: (310) 807-9701

    Counsel for Defendant HAAN Corporation

3
Case 5:10-cv-00208-BR   Document 3   Filed 05/20/10   Page 3 of 3